944

No. 92–5711.  NEESE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–5719.  BETTS v. ROBINSON, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 92–5721.  ROBERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–5722.  RILEY v. JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–5723.  ROBERTS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 92–5724.  BROWNE v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 92–5725.  CHARIF ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–5768.  GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5770.  FOSTER v. SCHUETZLE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–5774.  JIMISON v. HATCHER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–5775.  KNIGHT v. KING ET AL.  Sup. Ct. S. C.  Certiorari denied.

No. 92–5813.  MCMASTER v. CITY OF AKRON HOUSING APPEALS BOARD.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 92–5824.  GARRETT v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–5844.  JONES v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.